DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BARTOLO PASCUAL-NOLASCO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2412

[November 21, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 432016CF001451A.

Bartolo Pascual-Nolasco, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, GERBER and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***